IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MITTIE FLEMING, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:14-cv-2683-P |
| § | |
| MARTHA JO FLEMING, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Plaintiff's complaint is summarily dismissed for lack of subject matter jurisdiction.

SO ORDERED this 15th day of October, 2014

*[signature]*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE